```
STEPHANIE YONEKURA
Acting United States Attorney
LEON W. WEIDMAN                                          JS-6
Assistant United States Attorney
Chief, Civil Division
ZORAN J. SEGINA
Assistant United States Attorney
California Bar Number 129676
     Federal Building, Suite 7516AA
     300 North Los Angeles Street
     Los Angeles, California 90012
     Telephone: (213) 894-6606
     Facsimile: (213) 894-5900
     E-mail: zoran.segina@usdoj.gov

Attorneys for Plaintiff
United States of America
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, for and on behalf of its agency, THE SMALL BUSINESS ADMINISTRATION,<br><br>    Plaintiff,<br><br>    v.<br><br>ROMOLAND COMMERCIAL INVESTORS, L.P.; WILLIAM HUCHTON, an individual; REX HUCHTON, an individual; DIRK DORNING, an individual,<br><br>    Defendants. | Case No. EDCV14-648-VAP(SPx)<br><br>[~~PROPOSED~~] JUDGMENT |

This matter came regularly for hearing on February 23, 2015, on Plaintiff's Motion for Summary Judgment. The parties were represented by their respective counsel of record.

The Court having reviewed the pleadings, memoranda of points and authorities, and submitted evidence; and having heard argument of counsel; and in accordance with the February 26, 2015 Minute Order Granting Plaintiff's Motion for Summary Judgment,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that William Huchton, Rex Huchton, and Dirk Dorning, each in his individual capacity, shall pay to the United States of America:

1. The principal sum of $696,703.39, together with interest accrued to March 20, 2014, of $142,178.77, and interest accruing thereafter at the rate of 5.647 percent per annum (daily accrual of $107.79), to the date of judgment, for the total sum of $876,608.66, and from and after the date of judgment at the legal rate until satisfied;

2. Costs of suit incurred by the United States.

DATED: March__5__, 2015

*[signature: Virginia A. Phillips]*

UNITED STATES DISTRICT JUDGE

SUBMITTED BY:
STEPHANIE YONEKURA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
ZORAN J. SEGINA
Assistant United States Attorney

/s/ Zoran J. Segina
Zoran J. Segina

1

Assistant United States Attorney
Attorneys for Plaintiff
United States of America